**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| RICHARD A. POPLAWSKI, | : | No. 69 MAP 2022 |
| | : | |
| Appellant | : | Appeal from the Commonwealth |
| | : | Court Order dated May 6, 2022 at |
| | : | No. 135 MD 2021. |
| v. | : | |
| | : | |
| | : | |
| NOAH MARLIER, ESQUIRE & MICHELLE | : | |
| L.N.U., EMPLOYEE, | : | |
| | : | |
| Appellees | : | |

## ORDER

**PER CURIAM**                                        **DECIDED:  December 21, 2022**

AND NOW, this 21st day of December, 2022, the Order of the Commonwealth Court is **AFFIRMED**.